**Electronically Filed**
**Supreme Court**
**SCWC-19-0000068**
**18-JUN-2020**
**12:16 PM**

SCWC-19-0000068

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF SK, LK JR., SKF, LK

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000068; FC-S NO. 17-00094)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ayabe, in place of Pollack, J., recused)

Petitioner/Mother-Appellant's application for writ of

certiorari, filed on April 20, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, June 18, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Bert I. Ayabe

